IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GSS OPERATIONS, LLC,

*Plaintiff*,

v.

M/Y FRANCINE, HER ENGINES, TACKLE, APPURTENANCES etc., **in rem**, PISSARO PROPERTIES, LTD., **in personam**,

*Defendants*.

Civil Action No. CV407-051

## ORDER OF DEPOSIT AND RELEASE OF VESSEL

As the Plaintiff and the vessel have entered into a stipulation regarding security for the Plaintiff's claims, and as the vessel has tendered funds in the amount of $547,549.90 to the Clerk of Court,

IT IS HEREBY ORDERED that the Clerk deposit the said funds into an interest bearing account pursuant to the Clerk's normal procedures and pursuant to the Local Rules of the United States District Court for the Southern District of Georgia, Rule 67.3. Said money is to act as a cash bond for the release of the vessel pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims, Rule E.(5)(c).

The U.S. Marshal is hereby ordered to release the vessel forthwith.

This 7 day of May, 2007.

Judge, United States District Court
For the Southern District of Georgia

Prepared by:
T. Langston Bass, Jr.
Brennan, Harris & Rominger LLP
P.O. Box 2784
Savannah, GA 31402
(912) 233-3399